## ATTACHMENT A
### Property to Be Searched

The residence and curtilage located at 5850 Downing St.  This residence is located in the City of Portage, County of Kalamazoo, State of Michigan, as well as the electronic devices located therein.  The residence is further described as a bi-level single-family residence, with yellow siding with white gutters. The parcel is located on the West side of Downing St. north of Milham Ave. The driveway to the residence is accessed off of Downing St.  The numerals 5850 are affixed in black lettering on the front of the residence and on the mailbox located at the end of the driveway.  Parked in the driveway is a beige fifth wheel camper. To be searched is the residence, the trash cans, any outbuildings or ancillary buildings and any vehicles on the parcel.

