**ATTACHMENT B**

**Particular Things to Be Seized and Searched**

This warrant authorizes the search of the premises identified in Attachment A as well as electronic devices located therein. Agents may seize evidence of the crimes of receipt and possession of child pornography, contrary to 18 U.S.C. 18 U.S.C. § 2252A (the SUBJECT OFFENSES), including, but not limited to:

1.      Child pornography, as defined in 18 U.S.C. § 2256(8), visual depictions of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), and child erotica;

2.      Communications with minors, including, but not limited to, communications using social media applications;

3.      Electronic devices capable of storing images and/or video, including, but not limited to, phones, smartphones, computers, tablets, flash drives, and hard drives;

4.      Evidence of who used, owned, or controlled the electronic devices at the time the items described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

5.      Evidence of software that would allow others to control electronic devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

6.      Evidence of the lack of such malicious software;

7.      Evidence indicating how and when the devices were accessed or used to determine the chronological context of access, use, and events relating to the crime(s) under investigation and to the devices' user(s);

a.      Evidence indicating the user's knowledge and/or intent as it relates to the crime(s) under investigation;

b.      Evidence of the attachment to the devices of other storage devices or similar containers for electronic evidence;

c.      Evidence of programs (and associated data) that are designed to eliminate data from the devices;

d.      Evidence of the times the devices were used;

e.      Passwords, encryption keys, and other access devices that may be necessary to access the devices;

f.      Documentation and manuals that may be necessary to access the devices or to conduct a forensic examination of the devices;

g.      Records of or information about Internet Protocol addresses used by the devices;

h.      Records of or information about the devices Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

i.      Contextual information necessary to understand the evidence described in this attachment.

8.     This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, agents may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.